**ASIA PACIFIC AIRLINES,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant,**

and

**Corporate Air and Alpine Air,**
Defendants–Appellants,

v.

Aloha Airlines, Inc., Defendant–
Appellee.

**Asia Pacific Airlines, Plaintiff–**
Appellee,

v.

**United States, Defendant–Appellant,**

and

**Corporate Air and Alpine**
**Air, Defendants,**

v.

**Aloha Airlines, Inc., Defendant–**
Appellee.

No. 2006–5018.

United States Court of Appeals,
Federal Circuit.

Feb. 28, 2006.

ON MOTION

*ORDER*

Upon consideration of Corporate Air et al.'s motion to voluntarily dismiss appeal 2006–5018, from the judgment in Court of Federal Claims case no. 05–711,

IT IS ORDERED THAT:

(1) The motion is granted. All sides shall bear their own costs related to appeal 2006–5018.

(2) The revised official captions are reflected above.